UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES

-v- No. 26-CR-233-LTS

JACOB CARGILL,

Defendant.

-----------------------------------------------------x

ORDER REGARDING BAIL APPEAL AND SEALING APPLICATION

The Court is in receipt of Mr. Cargill's letter motion to appeal Magistrate Judge Willis's denial of his application for bail, and of his request to file the appeal under seal. To the extent necessary to protect the legitimate privacy interests of the individuals involved, the motion to seal is granted subject to Mr. Cargill's submission, by **12:00 p.m. on September 8, 2026**, of a proposed set of redactions. The motion to appeal and to redact sensitive portions thereof shall be filed on the public docket and the proposed redactions, which shall cover only the portions of the letter and its supporting exhibits that contain the names of his minor children, as well as those portions that constitute or describe confidential medical information, shall be provided to the Court and the Government by email.

To effectuate sealing after the Court rules on the motion to redact, counsel for Mr. Cargill is directed to bring a complete, unredacted copy of his appeal and its supporting exhibits to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with copies of this Order and the order ruling on redactions.

The Government shall file its response to the written appeal by **12:00 p.m. on September 4, 2026**. The response shall be accompanied by the relevant BOP medical records. The Court hereby authorizes redaction of those portions of the response that discuss confidential

medical information or that contain the names of Mr. Cargill's minor children. Courtesy copies of the unredacted submission shall be provided to the Court and to counsel for Mr. Cargill by email. The Government shall deliver an unredacted copy of the submission to the Records Management Department of the Court for sealed filing, together with a copy of this Order.

The bail appeal will be heard immediately following the pretrial conference scheduled for **September 9, 2026, at 11:00 a.m.**

SO ORDERED.

Dated: New York, New York
August 31, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge